THE STATE EX REL. CARTER, APPELLANT, *v.* OHIO
ADULT PAROLE AUTHORITY, APPELLEE.

[Cite as *State ex rel. Carter v. Ohio Adult Parole
Auth.* (2000), 89 Ohio St.3d 496.]

(No. 99–2108—Submitted April 26, 2000—Decided August 30, 2000.)

---

*Paul Mancino, Jr.,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Jihad M. Smaili,* Assistant Attorney General, for appellee.

---

Appellant had adequate legal remedies to raise his claims. Moreover, habeas corpus, not mandamus, is the proper action to seek release from prison. See

*State ex rel. Milner v. Ohio Adult Parole Auth.* (2000), 87 Ohio St.3d 567, 568, 722 N.E.2d 72. Accordingly, the judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.